UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KENNY R. FOX,
    Plaintiff,

v.     No. 3:10-CV-446
    (Phillips/Guyton)

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the report and recommendation of the magistrate judge [Doc. 20] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the Commissioner's motion for summary judgment [Doc. 17] is **DENIED;** the plaintiff's motion for summary judgment [Doc. 13] is **GRANTED in part;** whereby this case is **REMANDED** to the Commissioner for further proceedings.

IT IS SO ORDERED.

ENTER:

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

    s/ Thomas W. Phillips
    United States District Judge